**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SIPCO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1170-MN |
| | ) |
| EMERSON PROCESS MANAGEMENT LLLP, | ) **JURY TRIAL DEMANDED** |
| EMERSON PROCESS MANAGEMENT ASIA | ) |
| PACIFIC PRIVATE LIMITED, EMERSON | ) |
| PROCESS MANAGEMENT MANUFACTURING | ) |
| (M) SDN. BHD., and FISHER-ROSEMOUNT | ) |
| SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF SIPCO LLC'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, SIPCO LLC, ("Plaintiff") through its counsel of record voluntarily dismisses, without prejudice, Defendants Emerson Process Management LLLP, Emerson Process Management Asia Pacific Private Limited, Emerson Process Management Manufacturing (M) SDN. BHD, and Fisher-Rosemount Systems, Inc. from the above-entitled litigation. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without a court order by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. This lawsuit was filed by Plaintiff on August 3, 2018. Defendants Emerson Process Management LLLP and Fisher-Rosemount Systems, Inc. were served on September 28, 2018, but have not yet answered the Complaint or filed a motion for summary judgment. Defendants Emerson Process Management Asia Pacific Private Limited and Emerson Process Management Manufacturing (M) SDN. BHD were served on October 5, 2018, but have not yet answered the Complaint or filed a motion for summary judgment. Plaintiff SIPCO LLC voluntarily dismisses, without prejudice, Defendants

Emerson Process Management LLLP, Emerson Process Management Asia Pacific Private Limited, Emerson Process Management Manufacturing (M) SDN. BHD, and Fisher-Rosemount Systems, Inc. under Rule 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By:  /s/ Bindu A. Palapura |
| C. Gregory Gramenopoulos | David E. Moore (#3983) |
| Houtan Khalili Esfahani | Bindu A. Palapura (#5370) |
| Elizabeth A. Niemeyer | Stephanie E. O'Byrne (#4446) |
| Karthik Kumar | Jennifer Penberthy Buckley (#6264) |
| Kelly Horn | Hercules Plaza, 6th Floor |
| Philip J. Eklem | 1313 N. Market Street |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Wilmington, DE  19801 |
| 901 New York Avenue, NW | Tel:  (302) 984-6000 |
| Washington, DC  20001-4413 | dmoore@potteranderson.com |
| Tel:  (202) 408-4000 | bpalapura@potteranderson.com |
|  | sobyrne@potteranderson.com |
|  | jbuckley@potteranderson.com |
| Dated: October 5, 2018 | *Attorneys for Plaintiff SIPCO LLC* |
| 5953643 / 45297 |  |